UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALBERT GREER, JR.,

    Petitioner,

v.                                     CASE NO. 6:06-cv-1068-Orl-31JGG

ATTORNEY GENERAL, STATE OF FLORIDA, et al.,

    Respondents.

## ORDER

Petitioner filed a habeas petition on July 19, 2006 (Doc. No. 1). However, Petitioner did not pay the filing fee, submit an Affidavit of Indigency, or file a request to proceed *in forma pauperis* within thirty days of the commencement of the action as required under Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida.[1] Thus, pursuant to Local Rule 1.03(e), this action will be dismissed without prejudice. The Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the 1-year period of limitation for raising a habeas corpus petition in the federal courts. *See* 28 U.S.C. § 2241(d).

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

---

[1] Local Rule 1.03(e) reads as follows:

(e) The Clerk shall accept for filing all prisoner cases filed with or without the required filing fee or application to proceed in forma pauperis. However, a prisoner case will be subject to dismissal by the Court, sua sponte, if the filing fee is not paid or if the application is not filed within 30 days of the commencement of the action.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 25th day of August, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 8/25
Albert Greer, Jr.